IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA         :

    vs.                          :   CIVIL NO. 02-4639

NET CONSTRUCTION, INC.           :
CEO **CHRISTOPHER J. COLLETTI**
1130 Church Road
Wyncote, PA 19095

## O R D E R

AND NOW, this     day of    , 2003, the above named defendant **CHRISTOPHER J. COLLETTI** having failed to appear as directed on the 25th day of April, 2003, at the United States Courthouse at 3:30 P.M. to show cause for his continuing violation of this Court's orders of January 6, 2003 and February 25, 2003, it is

ORDERED that a bench warrant shall forthwith issue directing the United States Marshal to take the defendant into custody and to remain there to await further proceedings.

                                                    _____
                                                 HARVEY BARTLE III,   J.

Cr 26 (8/80)