IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TEAMSTERS HEALTH AND WELFARE FUND et al. | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 02-4639 |
| NET CONSTRUCTION, INC. CEO **CHRISTOPHER J. COLLETTI** | : | |

**O R D E R**

     AND NOW, this         day of                  , 2003, it is Ordered that **CHRISTOPHER J. COLLETTI** is released on his own recognizance from the custody of the U.S. Marshal.

BY THE COURT:

_____
HARVEY BARTLE III,    J.

Civ 12 (9/83)