**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TEAMSTERS HEALTH AND WELFARE FUND, PHILADELPHIA AND VICINITY, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | |
| NET CONSTRUCTION, INC. | : | NO. 02-4639 |
| Defendant | : | |
| and | : | |
| C & C REHAB AND CONSTRUCTION, INC. a/k/a C & C CONSTRUCTION AND REHAB SPECIALISTS, INC. | : | |
| Garnishee | : | |

**REQUEST TO DISSOLVE ATTACHMENT AGAINST GARNISHEE C & C REHAB AND CONSTRUCTION, INC. a/k/a C & C CONSTRUCTION AND REHAB SPECIALISTS, INC.**

TO THE CLERK:

Kindly dissolve the attachment entered in the above-captioned matter against Garnishee, C & C Rehab and Construction, Inc. a/k/a C & C Construction and Rehab Specialists, Inc. in this matter.

Respectfully submitted,

FREEDMAN & LORRY, P.C.

BY: _____
SUSAN A. MURRAY, ESQUIRE
Attorney for Plaintiffs

DATE: _____

Kristine Giordano Becker, Paralegal
215-931-2561
kgiordano@freedmanlorry.com


September 10, 2003

Clerk
United States District Court
2609 United States Courthouse
601 Market Street
Philadelphia, PA  19106

    **RE: Teamsters Health and Welfare Fund of Philadelphia and Vicinity, et al.**
       **v. NET Construction, Inc.**
       **Civil Action No. 02-4639**

Dear Clerk:

  Enclosed please find an original Request to Dissolve Attachment to be filed and docketed of record with the Court in the above-referenced matter, along with a disc and a duplicate face sheet.

  Kindly file the original Request, time-stamp the copy and return the latter to me in the enclosed, stamped return envelope.

            Very truly yours,



            **KRISTINE GIORDANO BECKER**
            Paralegal

18733.c
NET Construction
Enclosures
cc: Mr. Frank Duffy
  Charles K. Graber, Esquire

Charles K. Graber, Esquire
Ochroch & Graber, P.C.
318 S. Sixteenth Street
Philadelphia, PA  19102