**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TEAMSTERS HEALTH AND WELFARE FUND, PHILADELPHIA AND VICINITY, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | |
| NET CONSTRUCTION, INC. | : | NO. 02-4639 |
| Defendant | : | |
| and | : | |
| COMMERCE BANK | : | |
| Garnishee | : | |

**PRAECIPE FOR WRIT OF EXECUTION**

**TO THE CLERK:**

    **ISSUE WRIT OF EXECUTION** in the above matter, directed to the United States Marshal for the Eastern District of Pennsylvania and against NET Construction, Inc., 1130 Church Road, Wyncote, PA 19095 and Commerce Bank, 1900 Market Street, Philadelphia, PA 19103, as garnishee, and index this writ against* _____ as a *lis pendens* against real property of the judgment debtor in the name of the garnishee as follows:

_____

_____

| | | |
|---|---|---|
| **Amount Due** | | $    15,709.65 |
| **Interest from 9/24/02 to date of collection at 5%** | | $_____ |
| **(Costs to be added)** | | $        500.00 |

                                                SUSAN A. MURRAY, ESQUIRE
                                                NEAL GOLDSTEIN, ESQUIRE
                                                FREEDMAN AND LORRY, P.C.
                                                400 Market Street, Suit 900
                                                Philadelphia, PA 19106
                                                (215) 931-2506
Date: _____                            Attorneys for Plaintiffs
*Applicable to real estate only (Rule 3104(c) Pa.R.C.P.)