IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TEAMSTERS HEALTH AND WELFARE FUND, PHILADELPHIA AND VICINITY, et al. | : : : | CIVIL ACTION |
| Plaintiffs | : : | |
| v. | : : | |
| NET CONSTRUCTION, INC. | : : | NO. 02-4639 |
| Defendant | : : | |
| and | : : | |
| CITY OF PHILADELPHIA | : : : | |
| Garnishee | : | |

## MOTION FOR SPECIAL APPOINTMENT TO SERVE PROCESS

    Pursuant to Rule 4.1(a), Federal Rule of Civil Procedure, and Local Rule 4.1, Plaintiff(s), in the above-captioned civil action hereby move this court to specially appoint Joseph Mohnacs to serve the Writ of Execution upon Defendant and Garnishee in this action, and represent that:

1. Said individual is competent and not less than eighteen (18) years of age.
2. Said individual is not and will not be a party to this action.
3. Granting this motion will affect substantial savings in time and travel fees of the United States Marshal.

 

SUSAN A. MURRAY, ESQUIRE
Attorney for Plaintiffs

Date: _____

## O R D E R

    **AND NOW**, to wit, this _____ day of _____, 2003, it is hereby **ORDERED** that Joseph Mohnacs be specially appointed to serve the Writ of Execution upon Defendant and Garnishee in this action.

    **IT IS FURTHER ORDERED** that proof of service shall be made by affidavit in accordance with Rule 4(1), Federal Rules of Civil Procedure.

ATTEST:
MICHAEL E. KUNZ
Clerk of the Court

By: _____
    Deputy Clerk