**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TEAMSTERS HEALTH AND WELFARE FUND, PHILADELPHIA AND VICINITY, et al. | : : : | CIVIL ACTION |
| Plaintiffs | : : : | |
| v. | : : | |
| NET CONSTRUCTION, INC. | : : | NO. 02-4639 |
| Defendant | : : | |
| and | : : | |
| CITY OF PHILADELPHIA | : : : | |
| Garnishee | : | |

**WRIT OF EXECUTION**

**TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF PENNSYLVANIA:**

To satisfy judgment, interest and costs against NET Construction, Inc., 1130 Church Road, Wyncote, PA 19095.

(1) You are directed to levy upon the property of the defendant(s) and to sell their interest therein:

**Any and all checking accounts payable by the City of Philadelphia to NET Construction, Inc. from work contracted with the City of Philadelphia.**

(2) You are also directed to attach the property of the defendant(s) not levied upon in the possession of City of Philadelphia, as garnishee:

(a) an attachment has been issued; and
(b) the garnishee is enjoined from paying any debt to or for the account of the defendant(s) and from delivering any property of the defendant(s) or otherwise disposing thereof.

(3) If the property of the defendant(s) not levied upon and subject to the attachment is found in the possession of anyone other than a named garnishee, you are directed to notify them that they have been added as a garnishee and are enjoined as above stated.

| | | |
|---|---|---|
| **Amount Due** | $ | 15,709.65 |
| **Interest from 9/24/02 to date of collection at 5%** | $ | |
| **(Costs to be added)** | $ | 500.00 |

MICHAEL E. KUNZ, CLERK
Clerk of the Court

Date: _____   By: _____
                                              Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TEAMSTERS HEALTH AND WELFARE FUND, PHILADELPHIA AND VICINITY, et al. | : : : | CIVIL ACTION |
| Plaintiffs | : : | |
| v. | : : | |
| NET CONSTRUCTION, INC. | : : | NO. 02-4639 |
| Defendant | : : | |
| and | : : | |
| CITY OF PHILADELPHIA | : : : | |
| Garnishee | : | |

## WRIT OF EXECUTION
## NOTICE

     This paper is a Writ of Execution.  It has been issued because there is a judgment against you.  It may cause your property to be held or taken to pay the judgment.  You may have legal rights to prevent your property from being taken.  A lawyer can advise you more specifically of these rights.  If you wish to exercise your rights, you must act promptly.

     The law provides that certain property cannot be taken.  Such property is said to be exempt.  There is a debtor's exemption of $300.00.  There are other exemptions, which may be applicable to you.  Attached is a summary of some of the major exemptions.  You may have other exemptions or other rights.

     If you have an exemption, you should do the following promptly:  (1) Fill out the attached form and demand for a prompt hearing.  (2) Deliver the form or mail it to the United States Marshal's Office at the address noted.

     You should come to court ready to explain your exemption.  If you do not come to court and prove your exemption, you may lose some of your property.

     **YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.  IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.**

LAWYER REFERENCE SERVICE
One Reading Center, 11th Floor
Philadelphia, PA 19107
(215) 238-1701

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TEAMSTERS HEALTH AND WELFARE FUND, PHILADELPHIA AND VICINITY, et al. | : : : | CIVIL ACTION |
| Plaintiffs | : : | |
| v. | : : | |
| NET CONSTRUCTION, INC. | : : | NO. 02-4639 |
| Defendant | : : | |
| and | : : | |
| CITY OF PHILADELPHIA | : : | |
| Garnishee | : | |

**CLAIM FOR EXEMPTION**

To the U.S. Marshal:

I, the above-named defendant, claim exemption(s) of property from levy attachment:

(1) From my personal property in my possession which has been levied upon,

    (a) I desire that my $300.00 statutory exemption be

        (i) set aside in kind (specify property to set aside in kind):

        _____

        (ii) paid in cash following the sale of the property levied upon; or

    (b) I claim the following exemption (specify property basis of exemption):

    _____

(2) From my property, which is I the possession of a third party, I claim the following exemption:

    (a) My $300.00 statutory exemption: in cash; in kind (specify property)

    _____

    (b)    Social security benefits on deposit in the amount of $_____

    (c)    Other (specify amount and basis of exemption(s): _____

_____

_____

I request a prompt court hearing to determine the exemption. Notice of the hearing should be given to me at:

_____

_____

(Address)                                  (Telephone number)

I declare under penalty of perjury that the foregoing statements made in this claim for exemption are true and correct.

Date: _____                       _____
                                                                      Signature

**THIS CLAIM IS TO BE FILED WITH THE OFFICE OF THE U.S. MARSHAL FOR THE EASTERN DISTRICT OF PENNSYLVANIA:**

U.S. MARSHAL
2110 United States Courthouse
601 Market Street
Philadelphia, PA 19107
(215) 597-7272

Note: Under paragraph(s) (1) and (2) of the writ, a description of specific property to be levied upon or attached may be set forth in the writ or included in a separate direction of the United States Marshal.

Under paragraph (2) of the writ, if attachment of a named garnishee is desired, his name should be set forth in the space provided.

Under paragraph (3) of the writ, the United States Marshal may, as under prior practice, add as a garnishee any person not named in this writ who may be found in possession of property of the defendant. See Rule 311(a). For limitations on the power to attach tangible personal property, see Rule 3108(a).

**MAJOR EXEMPTIONS UNDER PENNSYLVANIA AND FEDERAL LAW**

(1)     $300.00 statutory exemption

(2)     Bibles, school books, sewing machines, uniforms and equipment

(3)     Most wages and unemployment compensation

(4)     Social security benefits

(5)     Certain retirement funds and accounts

(6)     Certain veteran and armed forces benefits

(7)     Certain insurance proceeds

(8)     Such other exemptions as may be provided by law