IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TEAMSTERS HEALTH AND WELFARE FUND, PHILADELPHIA AND VICINITY, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | |
| NET CONSTRUCTION, INC. | : | NO. 02-4639 |
| Defendant | : | |
| and | : | |
| CITY OF PHILADELPHIA | : | |
| Garnishee | : | |

**AFFIDAVIT OF SERVICE OF WRIT OF EXECUTIOIN
AND INTERROGATORIES IN ATTACHMENT**

I, Joseph Mohnacs, state, under penalty of perjury that the following is true and correct. On November 13, 2003 at approximately 1:20 p.m., I personally served a Writ of Execution and Interrogatories in Attachment on Garnishee, City of Philadelphia, by hand delivering same to Lee Holiday, Claims Coordinator, at the address of 1515 Arch Street, 14th Floor, Philadelphia, PA 19102-1595.

_____
JOSEPH MOHNACS

Sworn to me and subscribed before me

This _____ day of _____, 2003.

_____
NOTARY PUBLIC