IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TEAMSTERS HEALTH AND WELFARE FUND, PHILADELPHIA AND VICINITY, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | |
| NET CONSTRUCTION, INC. | : | NO. 02-4639 |
| Defendant | : | |
| and | : | |
| COMMERCE BANK | : | |
| Garnishee | : | |

**AFFIDAVIT OF SERVICE OF WRIT OF EXECUTIOIN
AND INTERROGATORIES IN ATTACHMENT**

I, Joseph Mohnacs, state, under penalty of perjury that the following is true and correct. On November 12, 2003 at approximately1:20 p.m., I personally served a Writ of Execution and Interrogatories in Attachment on Garnishee, Commerce Bank, by hand delivering same to David Housladen, Customer Service Representative, at the address of 1900 Market Street, Philadelphia, PA 19102-1595.

_____
JOSEPH MOHNACS

Sworn to me and subscribed before me

This _____ day of _____, 2003.

_____
NOTARY PUBLIC