IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TEAMSTERS HEALTH AND<br>WELFARE FUND OF PHILADELPHIA<br>AND VICINITY, et al. | : <br>: <br>: <br>: | CIVIL ACTION |
| v. | : <br>: | |
| NET CONSTRUCTION, INC. | : | NO. 02-4639 |

## ORDER

      AND NOW, this       day of November, 2003, it is hereby ORDERED that the motion of plaintiff filed on March 28, 2003 for further sanctions against defendant is DENIED as moot.

      BY THE COURT:

_____
                                             J.