IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TEAMSTERS HEALTH AND WELFARE FUND, PHILADELPHIA AND VICINITY, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | |
| NET CONSTRUCTION, INC. | : | NO. 02-4639 |
| Defendant | : | |
| and | : | |
| COMMERCE BANK | : | |
| Garnishee | : | |

**REQUEST TO DISSOLVE ATTACHMENT AGAINST
GARNISHEE COMMERCE BANK**

TO THE CLERK:

Kindly dissolve the attachment entered in the above-captioned matter against Garnishee, Commerce Bank in this matter.

Respectfully submitted,

FREEDMAN & LORRY, P.C.

BY: _____
SUSAN A. MURRAY, ESQUIRE
Attorney for Plaintiffs

DATE: _____