**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TEAMSTERS HEALTH AND** | : | **CIVIL ACTION** |
| **WELFARE FUND, PHILADELPHIA** | : | |
| **AND VICINITY, et al** | : | |
| Plaintiffs | : | |
| | : | NO. 02-4639 |
| v. | : | |
| | : | |
| **NET CONSTRUCTION, INC.** | : | |
| Defendant | : | |
| | : | |
| and | : | |
| | : | |
| **CITY OF PHILADELPHIA** | : | |
| Garnishee | : | |

**ANSWERS TO INTERROGATORIES**
**IN ATTACHMENT**

The Garnishee, City of Philadelphia ("City"), by and through its undersigned counsel, hereby responds as follows to the Interrogatories in Attachment.

1. Yes, but any amounts owed are subject to set off for back taxes by the City as well as claims by the sureties RLI Insurance Company ("RLI") and National Surety Company on the specific contracts.

2. a) Final payments of $2,442.48 and $17,291.35 owed on contract bid Numbers 2362 and 2547 respectively, subject to set off for back taxes as well as claim by RLI on contract bid number 2547.

    b) N/A

3. No.

4. N/A

5. No.

6. N/A

7. No.

8.  N/A

9.  No.

10. N/A

11. No.

12. N/A

The City also asserts the following Affirmative Defenses incorporated herein by reference.

## AFFIRMATIVE DEFENSES OF GARNISHEE

1.  Net Construction, Inc. ("Net") entered into contracts with the City of Philadelphia ("City") to provide services on or about October 12, 2001 (contract bid No. 2547) and April 14, 2000 (contract bid No. 2362).

2.  Under 53 P.S. § § 16081, 16082 and 16083 ("Statute") the City may withhold payment of claim because such person owes taxes to the City.

3.  Net Construction, Inc. completed both contracts, however, a hold was placed on payments to Net by the Department of Revenue due to Net's outstanding self-assessed tax obligations.

4.  The City placed holds on payments otherwise due Net in the amount of $17,241.35 under contract bid number 2547 and $2,442.48 under contract bid number 2362.

5.  The Department of Revenue also audited and assessed Net for additional taxes in the amount of $691,462.00 plus interest and penalties which continue to accrue pursuant to Section 19-509 of The Philadelphia Code after Net failed to respond to the audit notices.

6.  Net has failed to pay the self-assessed taxes, appeal the audit assessment or otherwise dispute and/or resolve the tax delinquencies (see attached printout from the Department of Revenue of Net's tax liabilities as of April 30, 2004, as Exhibit "A").

7.  Pursuant to the Statute as well as the prevailing case law regarding a creditor's right to set-off, the City asserts its right to set off the outstanding tax liability by the amounts otherwise owed to Net.  See Pittsburg National Bank v. United States, 657 F.2d 36 (1981) and United States v. Munsey Trust Co. of Washington, D.C., 332 U.S. 234, 67 S.Ct. 1599 (1947).

8.  Additionally, RLI, the surety for contract bid number 2547 has laid a claim to the amounts that the City is holding to set off its tax obligation.

9.  The City asserts that its set off rights are superior to the rights of RLI, (See <u>United States v. Munsey Trust Co. of Washington, D.C.</u>, 332 U.S. 234, 67 S.Ct. 1599 (1947)).

10. Due to this action, the City is holding funds that are subject to competing claims.

11. The City asserts that RLI is an indispensable party to the determination of this garnishment action.

Wherefore, the City respectively requests that this court dismiss this action based on the City's right of set off or, in the alternative, make a determination as to whether the funds should be paid to RLI (the surety), the Plaintiff or the City.

> Respectfully submitted,
>
> CITY OF PHILADELPHIA
> LAW DEPARTMENT
>
> PEDRO A. RAMOS
> City Solicitor

Dated May 3, 2004                              _____

> MARISSA M. O'CONNELL
> Deputy City Solicitor
> City of Philadelphia Law Department
> 1515 Arch Street, 15th Floor
> Philadelphia, Pa. 19102
> (215) 683-5312
> Attorney I.D. No. 66629

```
LANA177                        TIPS ACCOUNTING SYSTEM                04/30/04
T015                             ACCOUNT LIABILITY                   14:29:02

ENTITY: EIN / 232750992__    NAME   : NET CONSTRUCTION INC_____
ACCOUNT        : WAG         ADDRESS: 1130 CHURCH RD_____
ACCOUNT ID   : 6555551_____  WAGE_____
I&P CALC DATE: 04/30/2004           PERIOD START DATE: _____

     PERIOD      PRINCIPAL    INTEREST    PENALTY      OTHER       TOTAL    STATUS
   WAG          6555551
_  12311998M     16386.00    10159.32    15157.05                41702.37   CASE
_  12311999M     14981.00     7640.31    11797.53                34418.84   CASE
_  12312000M      5583.00     4209.26     8638.90                18431.16   CASE
_  12312001M     38285.00    10336.95    18663.94                67285.89   CASE
_  12312002M     38019.00     5702.85    12831.42                56553.27   CASE
       TOTAL    113254.00    38048.69    67088.84               218391.53
   ENT TOTAL    579351.00   265430.93   444226.34              1289008.27


                                                                   MORE:
   PF1=HELP   PF5=ACCT-DETAIL    PF7=BACKWARD    PF8=FORWARD    PF12=MENU
NO MORE RECORDS FOR THIS VIEW
```

Exhibit "A"

```
LANA177                      TIPS ACCOUNTING SYSTEM                  04/30/04
T015    ____                    ACCOUNT LIABILITY                    14:29:00

ENTITY: EIN / 232750992__   NAME   : NET CONSTRUCTION INC_____
ACCOUNT      : BPT          ADDRESS: 1130 CHURCH RD_____
ACCOUNT ID   : 6555551_____  BUSINESS PRIVILEGE_____
I&P CALC DATE: 04/30/2004              PERIOD START DATE: _____
```

| PERIOD     | PRINCIPAL | INTEREST  | PENALTY   | OTHER | TOTAL      | STATUS |
|------------|-----------|-----------|-----------|-------|------------|--------|
| BPT        | 6555551   |           |           |       |            |        |
| 12311995Y  | NON-FILER |           |           |       |            | CASE   |
| 12311997Y  |           | 1305.15   | 2021.25   |       | 3326.40    | RECON  |
| 12311999Y  | 135600.00 | 82716.00  | 123735.00 |       | 342051.00  | CASE   |
| 12312000Y  | 140762.00 | 69893.87  | 109109.26 |       | 319765.13  | CASE   |
| 12312001Y  | 129411.00 | 48552.34  | 80738.83  |       | 258702.17  | CASE   |
| 04152002Y  |           | 17072.76  | 42681.90  |       | 59754.66   |        |
| 12312002Y  | 30162.00  | 3921.06   | 9425.63   |       | 43508.69   | CASE   |
| 04152003Y  | 30162.00  | 3921.06   | 9425.63   |       | 43508.69   | CASE   |
| TOTAL      | 466097.00 | 227382.24 | 377137.50 |       | 1070616.74 |        |

```
                                                              MORE: Y
  PF1=HELP   PF5=ACCT-DETAIL    PF7=BACKWARD    PF8=FORWARD   PF12=MENU
CANNOT PAGE BACK FARTHER
```

Exhibit "A"

## **CERTIFICATE OF SERVICE**

      I hereby certify that service of a true and correct copy of the attached Answers To Interrogatories In Attachment was made on the 3rd day of May, 2004, to the following by mailing the same in a postage-paid envelope addressed as follows:

            Susan A. Murray, Esquire
            Neal Goldstein, Esquire
            FREEDMAN AND LORRY, P.C.
            400 Market Street, Suite 900
            Philadelphia, PA 19106
            (215) 931-2506

 

_____
MARISSA M. O'CONNELL, ESQUIRE
Deputy City Solicitor
City of Philadelphia, Law Department
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
(215) 683-5212
Attorney I.D. Number: 66629