IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TEAMSTERS HEALTH AND WELFARE FUND, PHILADELPHIA AND VICINITY<br>Plaintiff<br>vs.<br>NET CONSTRUCTION, INC.<br>Defendant<br>and<br>CITY OF PHILADELPHIA<br>Garnishee | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br>NO: 02-4639 |

CERTIFICATE OF SERVICE

I, Francine D. Wilensky, Esquire, hereby certify that on May 17, 2004, I served all counsel and interested parties with a copy of RLI Insurance Company's Motion to Intervene, To Stay Execution Proceedings, and for an Order Directing the City of Philadelphia to transfer the remaining contract balances to RLI Insurance Company with accompanying Memorandum of Law by First Class Mail as follows:

Susan A. Murphy, Esquire
Freedman and Lorry, P.C
Suite 900, 400 Market Street
Philadelphia, PA 19106

Marissa O'Connell, Esquire
City of Philadelphia Law Dept.
One Parkway, 1515 Arch Street
Philadelphia, PA 19102

Net Construction, Inc.
1130 W. Church Road
Wyncote, Pennsylvania 19095

_____
FRANCINE D. WILENSKY, ESQUIRE

Q:\RLI Surety.729\Net Constr.001\city of philadelphia\Certificate of Service Motion of RLI, intervene, stay, transfer contract balances.wpd