```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


TEAMSTERS HEALTH AND WELFARE   :      CIVIL ACTION
FUND OF PHILADELPHIA AND       :
VICINITY, et al.               :
                               :
        v.                     :
                               :
NET CONSTRUCTION, INC., et al.:       NO. 02-4639
```

## ORDER

AND NOW, this       day of June, 2004, it is hereby ORDERED that the motion of RLI Insurance Company to intervene only is GRANTED.

                                          BY THE COURT:


                                          _____
                                                                     J.